UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

JASON HOOD,

        Plaintiff,

v.                                                  Case No. 1:06-CV-589

PATRICIA CARUSO, et al.,                HON. GORDON J. QUIST

        Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has before it a document filed by Plaintiff regarding the report and recommendation dated October 2, 2006, in which Magistrate Judge Brenneman recommended that Plaintiff's complaint be dismissed without prejudice for failure to demonstrate exhaustion as required by 42 U.S.C. § 1997e(a). In this document, Plaintiff states as follows: "I will not object to the recommendation to dismiss this case because I see what you mean now that I have to name the person in my grievance I intend to sue." In light of Plaintiff's statement that he does not object, the Court will adopt the report and recommendation. Therefore,

**IT IS HEREBY ORDERED** that the Magistrate Judge's Report and Recommendation issued October 2, 2006 (docket no. 4 ) is **APPROVED AND ADOPTED** as the Opinion of this Court.

**IT IS FURTHER ORDERED** that Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** for failure to demonstrate exhaustion as required by 42 U.S.C. § 1997e(a).

This case is **concluded**.


Dated: November 17, 2006                                        /s/ Gordon J. Quist
                                                               GORDON J. QUIST
                                                 UNITED STATES DISTRICT JUDGE